**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CHARLES K. GATEBE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 8:18-cv-00182-PX |
| BILL NELSON,<br>Administrator<br>National Aeronautics and Space<br>Administration (NASA) | *<br><br>*<br><br>* | |
| Defendant. | * | |

***

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 22nd day of July 2022, by the United States District Court for the District of Maryland, ORDERED that:

1. The Motion to Dismiss or, in the alternative, for Summary Judgment (ECF No. 76) filed by Defendant Bill Nelson is GRANTED;
2. The Clerk is DIRECTED to CLOSE this case; and
3. The Clerk shall TRANSMIT copies of this Memorandum Opinion and Order to the parties.

July 22, 2022
Date

/s/
Paula Xinis
United States District Judge