**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CHARLES K. GATEBE *

*

v. Case No. 8:18-cv-00182-PX

*

Bill Nelson, Administrator, NASA

*

**NOTICE OF APPEAL**

Notice is hereby given that Charles K. Gatebe,
(fill in names of **all** parties who are appealing)

______________________ in the above captioned case, hereby appeals to the
(indicate plaintiff/s or defendant/s)

United States Court of Appeals for the Fourth Circuit the final judgment
(indicate order or judgment)

entered in this case on July 22, 2022.

September 20, 2022
Date

[signature]
Signature

Stephanie Rapp-Tully, Bar No. 18555
Printed Name and Bar Number

2001 L Street, NW, Suite 902, Washington, DC 20036
Address

SRappTully@fedattorney.com
Email Address

(202) 375-2220
Telephone Number

(202) 640-2059
Fax Number